## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **CANDACE SMITH,**<br>Plaintiff, | **Civil Action No.:** 4:13-cv-00362-JM |
| vs. | **NOTICE OF SETTLEMENT** |
| **HOSTO & BUCHAN, PLLC; and**<br>**DOES 1 to 10, inclusive,**<br>Defendant. | |

Plaintiff, CANDACE SMITH, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, HOSTO & BUCHAN, PLLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: June 3, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi (Bar No. 93993)
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road,
Suite 175
Norcross, GA 30093
Tel: 678-395-7795,
Fax: 866-929-2434
shireen@hormozdilaw.com
*Attorneys for Plaintiff,*
*Candace Smith*

1