# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| CANDACE SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>HOSTO & BUCHAN, PLLC; and DOES 1 to 10, inclusive,<br><br>      Defendant. | Case No.: 4:13-cv-00362-KGB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, CANDACE SMITH, by counsel, and Defendant HOSTO & BUCHAN PLLC, by counsel, hereby stipulate and agree that Plaintiff's action against HOSTO & BUCHAN, PLLC; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

///

///

///

RESPECTFULLY SUBMITTED,

HORMOZDI LAW FIRM, LLC

Dated: August 06, 2014        By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    1770 Indian Trail Lilburn Road, Suite 175
    Norcross, Georgia 30093
    Telephone: 678-395-7795
    Facsimile: 866-929-2434
    Email: shireen@lawnorcross.com
    *Attorney for Plaintiff*

HOSTO BUCHAN & PRATER PLLC

Dated: August 06, 2014        By: /s/ Sammie P. Strange , Jr.
    Sammie P. Strange, Jr.
    Arkansas Bar Number 90012
    Hosto & Buchan, PLLC
    P. O. Box 3316
    Little Rock, Arkansas 72203
    Telephone: (501) 320-0259
    Facsimile: (501) 482-0259
    sstrange@hosto.com
    Attorneys for Defendant
    HOSTO & BUCHAN PLLC